I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
FABIO E. MARINO (SBN 183825)
fmarino@orrick.com
JESSE Y. CHENG (SBN 259909)
jcheng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant,
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, DELL, INC., SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., AND MATROX GRAPHICS INC.,<br><br>Defendants. | Case No. 3:10-cv-01844 (JL)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 5, 2010      Orrick, Herrington & Sutcliffe LLP

/s/ Fabio E. Marino
Fabio E. Marino

Attorneys for Defendant
NVIDIA CORPORATION

OHS West:260908247.1