| | |
|---|---|
| SEAN P. DEBRUINE (SBN 168071)<br>sean.debruine@alston.com<br>ALSTON & BIRD LLP<br>275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025-4004<br>Telephone:    650-838-2000<br>Facsimile:    650-838-2001<br><br>JOHN D. HAYNES (*pro hac vice* pending)<br>john.haynes@alston.com<br>WESLEY C. ACHEY (*pro hac vice* pending)<br>wes.achey@alston.com<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone:    404-881-7000<br>Facsimile:    404-881-7777<br><br>KAMRAN JIVANI (*pro hac vice* pending)<br>kamran.jivani@alston.com<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, New York 10016-1387<br>Telephone:    212-210-9400<br>Facsimile:    212-210-9444<br><br>Attorneys for Defendant<br>DELL, INC. | MATTHEW G. MCANDREWS<br>(*pro hac vice* application to be filed shortly)<br>mmcandrews@nshn.com<br>NIRO, HALLER & NIRO, LTD.<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602-4515<br>Telephone: (312) 236-0733<br>Facsimile: (312) 236-3137<br><br>Attorneys for Plaintiff<br>FUZZYSHARP TECHNOLOGIES,<br>INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION, DELL INC, SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., and MATROX GRAPHICS INC.,<br><br>    Defendants. | Case No.: 5:10-cv-01844-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DELL, INC. TO RESPOND TO COMPLAINT** |

Plaintiff FuzzySharp Technologies, Inc. ("FuzzySharp") and defendant Dell, Inc. ("Dell"), by their undersigned counsel, hereby stipulate that the time for Dell to answer or otherwise respond to the Complaint in this matter shall be enlarged to ninety days from May 26, 2010. As such, the parties agree that Dell shall answer or otherwise respond to the Complaint on or before August 26, 2010 and respectfully request that the Court so order.

DATED: August 23, 2010   Respectfully submitted,

ALSTON & BIRD LLP

By: _____/s/ Sean P. DeBruine_____
Sean P. DeBruine
Attorneys for Defendant
DELL, INC.

DATED: August 23, 2010   Respectfully submitted,

NIRO, HALLER & NIRO, LTD.

By: _____/s/ Matthew G. McAndrews_____
Matthew G. McAndrews
Attorneys for Plaintiff
FUZZYSHARP TECHNOLOGIES
INCORPORATED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 24, 2010

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sean P. DeBruine, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

/s/  Sean P. DeBruine
Sean P. DeBruine

LEGAL02/32126945v2