1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kevin P. B. Johnson (SBN 177129)
2     kevinjohnson@quinnemanuel.com
     Melissa N. Chan (SBN 240228)
3     melissachan@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
5  Telephone:  650.801.5000
   Facsimile:  650.801.5100
6
7  Attorney for Defendants: SONY ELECTRONICS  INC.,
   SONY COMPUTER ENTERTAINMENT AMERICA INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INC., | Case No.  5:10-CV-01844 (JW) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR SONY TO RESPOND TO COMPLAINT** |
| NVIDIA CORPORATION, DELL, INC., SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., AND MATROX GRAPHICS INC., | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FuzzySharp Technologies, Inc., and Defendants Sony Electronics, Inc., and Sony Computer Entertainment America, Inc. (collectively, "Sony"), that Sony shall respond to the complaint in this matter by September 10, 2010.

DATED: August 24, 2010     QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/   Kevin P.B. Johnson
    Kevin P.B. Johnson

Attorneys for SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA INC.


DATED: August 24, 2010     NIRO, HALLER & NIRO LLP


By  /s/   Matthew G. McAndrews
    Matthew G. McAndrews

Attorneys for FUZZYSHARP TECHNOLOGIES, INC.


**ORDER**

IT IS SO ORDERED.

Dated: ___September 9, 2010___     _____
                                    James Ware
                                    U.S. District Court Judge