| | |
|---|---|
| 1 | COLT / WALLERSTEIN LLP |
| |   Doug Colt (Bar No. 210915) |
| 2 |   dcolt@coltwallerstein.com |
| |   Thomas E. Wallerstein (Bar No. 232086) |
| 3 |   twallerstein@coltwallerstein.com |
| | Paragon Point |
| 4 | Three Lagoon Drive, Suite 260 |
| | Redwood Shores, California  94065 |
| 5 | Telephone:     (650) 453-1980 |
| | Facsimile:      (650) 472-8078 |
| 6 | |
| 7 | Attorneys for Plaintiff, FUZZYSHARP TECHNOLOGIES, INCORPORATED |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INCORPORATED, | CASE NO. 5:10-CV-01844 (JW) |
|            Plaintiff, | [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MOTION TO DISMISS |
|            v. | |
| NVIDIA CORPORATION, DELL, INC., SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., AND MATROX GRAPHICS INC., | |
|            Defendants. | |

Having read and considered the parties' Stipulation to Stay Proceedings Pending Defendant's Motion to Dismiss:

IT IS HEREBY ORDERED THAT:

WHEREAS, the Parties previously agreed to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a) on or before September 27, 2010;

WHEREAS the Court has issued a Patent Scheduling Order (Docket No. 71) setting the first deadline for disclosures under the Patent Local Rules on September 24, 2010;

WHEREAS, Defendant NVIDIA Corporation filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 40), and Defendant Dell Inc. has joined NVIDIA's Motion (Docket No. 57);

AND WHEREAS the Court has rescheduled the hearing on the Motion to Dismiss for November 1, 2010 (Docket No. 42);

THE PARTIES HEREBY STIPULATE AND REQUEST that in the interest of judicial efficiency and to conserve the parties' time and resources, the Court STAY the proceedings until the pending Motion to Dismiss is resolved;

THE PARTIES FURTHER STIPULATE AND REQUEST that the Case Schedule as set forth in the Patent Scheduling Order (Docket No. 71) be AMENDED to reflect the requested STAY – specifically, that Plaintiff Fuzzysharp's deadline to serve its Disclosure of Asserted Claims and Infringement Contentions be extended to 14 days after the Court issues its Order resolving the Motion to Dismiss, and that the remaining deadlines be reset in accordance with the Patent Local Rules and subject to the Court's convenience;

THE PARTIES FURTHER STIPULATE AND AGREE to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) within 14 days after the Court issues its Order resolving the Motion to Dismiss.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __September 28__, 2010

*James Ware* (signature)
Hon. James Ware
United States District Court Judge