1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kevin P. B. Johnson (SBN 177129)
2    kevinjohnson@quinnemanuel.com
     Melissa N. Chan (SBN 240228)
3    melissachan@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, CA 94065
5  Telephone:  650.801.5000
   Facsimile:  650.801.5100
6
7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     David Nelson (*pro hac vice*)
8    davenelson@quinnemanuel.com
   500 West Madison St., Suite 2450
9  Chicago, Illinois 60661
   Telephone: 312-705-7400
10 Facsimile: 312-705-7401

11
   Attorney for Defendants: SONY ELECTRONICS INC.,
12 SONY COMPUTER ENTERTAINMENT AMERICA LLC

*IT IS SO ORDERED*
Judge James Ware
11/4/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INC., | **Case No.  5:10-CV-01844 (JW)** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| NVIDIA CORPORATION, DELL, INC., SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., AND MATROX GRAPHICS INC., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff FuzzySharp Technologies, Inc. ("FuzzySharp"), and Defendants Sony Electronics, Inc., and Sony Computer Entertainment America, Inc. (collectively, "Sony"), by and through their respective

03900.51624/3756554.1                                            Stipulation of Dismissal
                                                                 Case No. 5:10-CV-01844 (JW)

1 counsel, hereby stipulate to the dismissal of all claims and counterclaims in this action as follows:

2 Plaintiff FuzzySharp Technologies, Inc. hereby dismisses, without prejudice, all claims in
3 the Complaint filed on November 16, 2009 [Dkt. No. 1], and agrees that if FuzzySharp chooses to
4 re-file a patent infringement lawsuit alleging infringement of any of the patents asserted in the
5 above-captioned lawsuit, FuzzySharp will file that suit in the Northern District of California.

6 Sony Electronics, Inc., and Sony Computer Entertainment America, Inc., Defendants and
7 Counterclaimants, hereby dismiss, without prejudice, the counterclaims set forth in their Answer,
8 Affirmative Defenses and Counterclaims filed September 10, 2010 [Dkt. No. 76].

9 Each party shall bear its own attorneys' fees and costs.

DATED: Nov. 3, 2010     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/   Kevin P.B. Johnson
Kevin P.B. Johnson

Attorneys for SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA INC.

DATED: Nov. 3, 2010     NIRO, HALLER & NIRO LLP

By  /s/   Matthew G. McAndrews
Matthew G. McAndrews

Attorneys for FUZZYSHARP TECHNOLOGIES, INC.