COLT / WALLERSTEIN LLP
Doug Colt (Bar No. 210915)
dcolt@coltwallerstein.com
Thomas E. Wallerstein (Bar No. 232086)
twallerstein@coltwallerstein.com
Paragon Point
Three Lagoon Drive, Suite 260
Redwood Shores, California 94065
Telephone: (650) 453-1980
Facsimile: (650) 472-8078

MATTHEW G. McANDREWS *(pro hac vice application in process)*
FREDERICK C. LANEY *(pro hac vice application in process)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
E-mail: mmcandrews@nshn.com
E-mail: laney@nshn.com

Counsel for Plaintiff,
FuzzySharp Technologies Incorporated

*IT IS SO ORDERED*
*James Ware*
Judge James Ware
11/4/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, DELL INC., SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., and MATROX INC.,<br><br>Defendants. | CASE NO. C 10-01844 JW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), Plaintiff FuzzySharp Technologies Incorporated hereby voluntarily dismisses, without prejudice, its claims in this action against Defendants NVIDIA Corporation, Dell Inc., and Matrox Inc. Separately, Plaintiff's counsel has conferred with counsel for Defendants Sony Electronics Inc. and Sony Computer Entertainment America Inc. (collectively, "Sony"), and Plaintiff and Sony may shortly file a stipulation of voluntary dismissal without prejudice as to Plaintiff's claims against Sony in this action.

The Motion to Dismiss (Docket Item No. 40) is terminated as MOOT. The Clerk shall close this file.

Respectfully submitted,

_____
Doug Colt (Bar No. 210915)
Thomas E. Wallerstein (Bar No. 232086)
COLT / WALLERSTEIN LLP
Paragon Point
Three Lagoon Drive, Suite 260
Redwood Shores, California  94065
Telephone:     (650) 453-1980
Facsimile:     (650) 472-8078
E-mail: dcolt@coltwallerstein.com
E-mail: twallerstein@coltwallerstein.com

Matthew G. McAndrews
Frederick C. Laney
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Telephone:     (312) 236-0733
Facsimile:     (312) 236-3137
E-mail: mmcandrews@nshn.com
E-mail: laney@nshn.com

*Counsel for Plaintiff,*
FuzzySharp Technologies Incorporated